John J. Kirby (John Delahunty on the brief), for appellant. Alfred E. Sander, for respondent.

PER CURIAM. This is an appeal from an order extending the plaintiff's time to serve amendments to a proposed case on appeal until 10 days after the defendant has filed the stenographer's minutes of the trial. Inasmuch as we have reversed the order requiring the filing of such minutes (Schlotterer v. Brooklyn & New York Ferry Company [No. 79 N. E., decided at the present term] 92 N. Y. S. 674), the reversal of this order is in course. But the plaintiff may have 10 days after the entry of the order of reversal on the appeal from the order requiring the defendant to file the stenographer's minutes within which to propose amendments and to serve a copy thereof upon her adversary. Order reversed, with $10 costs and disbursements.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. No opinion. Motion for reargument denied.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. No opinion. Motion for reargument and for resettlement of the order denied. The 10 days' stay granted by the order runs from the time of the entry of the order, irrespective of its date.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. PER CURIAM. The disposition of the other appeals in this case (92 N. Y. Supp. 674) requires a reversal of this order directing the defendant to file the stenographer's minutes of the trial. Order reversed, with $10 costs and disbursements, and motion denied, without costs.

SCHMITT, Respondent, v. EVENING HERALD CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Rose Schmitt against the Evening Herald Company. No opinion. Order affirmed, with $10 costs and disbursements.

SCHMUCKER, Appellant, v. BUFFALO DREDGING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department, March 1, 1905.) Action by John Schmucker against the Buffalo Dredging Company. No opinion. Judgment and order affirmed, with costs.

SCHOU, Respondent, v. BAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Helene Schou against Walter W. Bahan. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. HOOKER, J., not voting.

SEIZER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Amelia Seizer against the Brooklyn Heights Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. WOODWARD, J., dissents.

SEIZER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Charles P. Seizer against the Brooklyn Heights Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. WOODWARD, J., dissents

SELLIERE, Respondent, v. PIERCE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Emma R. L. Selliere against John Pierce and others. J. D. Fessenden, for appellants. S. O. Lockwood, for respondent. No opinion. Judgment affirmed, with costs.

SERANO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Annie Serano, an infant, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that the verdict of the jury was against the weight of the evidence. SPRING and WILLIAMS, JJ., concur in result; the former only upon the ground that the finding of the jury that the defendant was negligent was against the weight of the evidence.

In re SHEPARD. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of the application of Frederic White Shepard for a writ of mandamus against John T. Oakley, as commissioner, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SHERIDAN v. INTERBOROUGH RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Bridget Sheridan against Interborough Rapid Transit Company and another. No opinion. Motion denied.

SHOENBLUM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Joseph Shoenblum against